Richard L. Gillespie, Bar No. 275519
rgillespie@littler.com
Gonzalo Morales, Bar No. 334944
gmorales@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California  94597
Telephone:    925.932.2468
Fax No.:       925.946.9809

Attorneys for Defendants
REPUBLIC SERVICES, INC., WEST CONTRA
COSTA SANITARY LANDFILL, INC.

Barbara E. Cowan (SBN 251942)
WORKPLACE ADVOCATES
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 983-4102
Email: brandi@wpa.law

Robert J.A. Fordiani (SBN 256041)
THE FORDIANI LAW FIRM
3030 Bridgeway Ste 109
Sausalito, CA 94965-2895
Email: rjf@fordianilaw.com
Phone: 415-816-7517

Attorneys for Plaintiff
ED A. BAQUERIZO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BAQUERIZO, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>REPUBLIC SERVICES, INC., a corporation; WEST CONTRA COSTA SANITARY LANDFILL, INC., a corporation; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 4:24-cv-7673-KAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; ORDER** |

Pursuant to FRCP 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between the Parties to this action that the above action be and hereby is dismissed with prejudice in its entirety, as to all claims, counter-claims, and all parties, with each party to bear its own attorney's fees and costs.

DATED:  January 26, 2026

*Barbara E. Cowan*
Barbara E. Cowan
Robert J.A. Fordiani

Counsel for Plaintiff
ED A. BAQUERIZO

DATED:  January 26, 2026

*Gonzalo Morales*
Richard L. Gillespie
Erin L. Winters
Gonzalo Morales

Attorneys for Defendants
REPUBLIC SERVICES, INC.; WEST CONTRA COSTA SANITARY LANDFILL, INC.

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories.

DATED:  January 26, 2026

LITTLER MENDELSON, P.C.

*/s/ Gonzalo Morales*
Gonzalo Morales

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.

Dated:  January 28, 2026

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE